**No. 44308.**—Protest 28106–K of Selsi Co., Inc. (New York).

Opinion by DALLINGER, J. It was stipulated that these hair hygrometers are similar to those the subject of Abstract 42039. The claim at 27½ percent under paragraph 372 was therefore sustained.

**No. 44309.**—Protests 981099–G, etc., of Cox & Fahner et al. (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of clipper blades similar to those the subject of *Hayes* v. *United States* (4 Cust. Ct. 146 C. D. 308). The claim at 20 percent under paragraph 356 was therefore sustained.

**No. 44310.**—Protests 968668–G, etc., of M. Pressner & Co. et al. (New York).

Opinion by DALLINGER, J. Savings banks stipulated to be similar to those the subject of Abstract 42749 were held dutiable at 40 percent under paragraph 339 as claimed.

**No. 44311.**—Protest 31219–K of American Merchandise Co. (New York).

Opinion by DALLINGER, J. Savings banks stipulated to be similar to those the subject of Abstract 42749 were held dutiable at 40 percent under paragraph 339 as claimed.

**No. 44312.**—Protests 760795–G, etc., of Lee & Schiffer, Inc., et al. (New York).

Opinion by DALLINGER, J. It was stipulated that certain items consist of articles containing over 4 percentum of copper by weight, but not in chief value of copper. As to these the claim at three-fourths of 1 cent per pound or 3 percent ad valorem under section 601 (c) (7) was sustained.

**No. 44313.**—Protest 939913–G of L. Oppleman, Inc. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of *Laszlo* v. *United States* (1 Cust. Ct. 209, C. D. 47) the pistols in question were held dutiable at 27½ percent under paragraph 372 as claimed.

**No. 44314.**—Petition 5981–R of Ti Hang Lung & Co. (San Francisco).

Opinion by DALLINGER, J. It appeared that the difference in values was due to the fact that the entrant inadvertently failed to include in the entered value the cost of cases and packing. Being satisfied of the good faith of the petitioner and that the entry was made without intention to defraud the revenue, the court granted the petition.